STATE v. MARKHAM

No. 41 PC.

Case below: 5 N.C. App. 391.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 29 August 1969.

STATE v. MUNDAY

No. 47 PC.

Case below: 5 N.C. App. 649.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 23 September 1969.

STATE v. PATTON

No. 12 PC.

Case below: 5 N.C. App. 164.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 29 August 1969.

STATE v. PATTON

No. 34 PC.

Case below: 5 N.C. App. 501.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 29 August 1969.

STATE v. VERBAL

No. 39 PC.

Case below: 5 N.C. App. 517.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 29 August 1969.

STATE v. WILLIAMS

No. 59 PC.

Case below: 6 N.C. App. 14.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 7 October 1969.